IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-40485-H4 |
| **Maggie Louise Boatman** | |
| | CHAPTER 13 |
| **DEBTOR** | |

## NOTICE OF SCHEDULE OF HOME MORTGAGE PAYMENTS

Notice is hereby given that the following is a schedule of payments made to the mortgage company indicated below during the period beginning December 2013 and ending November 2014.

| Date | Check # | Mortgage Company | Amount |
|---|---|---|---|
| 12/02/2013 | 0596521 | CITIMORTGAGE | $487.06 |
| 12/13/2013 | 131273819 | CITIMORTGAGE | ($487.06) |
| 12/16/2013 | 131273819 | CITIMORTGAGE | $487.06 |
| 12/16/2013 | 131273819 | CITIMORTGAGE | ($487.06) |
| 09/02/2014 | 0623818 | SELENE FINANCE, LP | $4,870.60 |
| 10/01/2014 | 0626579 | SELENE FINANCE, LP | $487.06 |
| 11/03/2014 | 0629415 | SELENE FINANCE, LP | $487.06 |

RESPECTFULLY SUBMITTED,

/s/David G. Peake
David G. Peake, Trustee
Admissions ID No. 15679500
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400 Telephone
(713)852-9084 Facsimile

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on December 10, 2014, either electronically or via BNC or U.S. First Class Mail.

Maggie Louise Boatman
10369 Lake Shore Drive
Conroe, TX  77303

REESE W BAKER
BAKER & ASSOCIATES
5151 KATY FREEWAY SUITE 200
HOUSTON,  TX  77007


SELENE FINANCE, LP
ATTN: BANKRUPTCY DEPT
PO BOX 71243
PHILADELPHIA, PA  19176


/s/David G. Peake
David G. Peake, Trustee